UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELINDA CALDWELL, § | CIVIL ACTION NO |
| Plaintiff, § | 4:24-cv-00991 |
| § | |
| § | |
| vs. § | JUDGE CHARLES ESKRIDGE |
| § | |
| § | |
| CSL VIFOR PHARMA, *et al*, § | |
| Defendants. § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Melinda Caldwell proceeds here *pro se*. She filed a complaint asserting violations of 42 USC §1981 and Title VII of the Civil Rights Act of 1964. Dkt 1 at ¶¶56–60. The complaint itself seeks to recover damages from Defendant CSL Visor Pharma upon assertion that it has discriminated against her and harmed her in her occupation. ¶¶64–63. Also listed on the docket are Brad Upton, Kelly Urbaczewskiu, and Kathleen Davis, but Plaintiff didn't name them in her complaint. Dkt 1. And she failed to serve them, despite receiving multiple extensions of time in which to do so. Dkts 8, 12, 14, 16, & 23.

The matter was referred for disposition to Magistrate Judge Christina A. Bryan. Dkt 3. Judge Bryan issued a Memorandum and Recommendation in which she recommended that the claims by Plaintiff against Upton, Urbaczewskiu, and Davis be dismissed without prejudice for lack of service. Dkt 30.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir

1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

No party filed objections. No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 30.

The claims by Plaintiff Melinda Caldwell putatively asserted against Defendants Brad Upton, Kelly Urbaczewskiu, and Kathleen Davis are DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

Signed on  October 22, 2025 , at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge